# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS W. MCNAMARA, | Case No. 2:18-CV-1336 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| WHAMTECH, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *McNamara v. Whamtech, Inc.*, case number 2:18-cv-1336-JCM-CWH.

On May 3, 2019, plaintiff Thomas W. McNamara filed a notice of settlement in a related case providing that defendant Whamtech, Inc. ("Whamtech") will pay $3 million to the monitorship estate. (ECF No. 11, 11-2). On May 16, 2019, the parties filed a status report indicating that Whamtech will complete all payments under the settlement agreement by December 15, 2019. (ECF No. 13). The parties also request the court to administratively close the case. *Id*.

Good cause appearing, the court will administratively close the case. Once Whamtech completes performance under the settlement agreement, the parties shall timely file a stipulation to dismiss with prejudice.

Accordingly,

IT IS SO ORDERED.

DATED May 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**