# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS W. MCNAMARA, | Case No. 2:18-CV-1336 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| WHAMTECH, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *McNamara v. Whamtech, Inc.*, case number 2:18-cv-1336-JCM-CWH.

On May 3, 2019, plaintiff Thomas W. McNamara filed a notice of settlement in a related case stating that defendant Whamtech, Inc. ("Whamtech") will pay $3 million to the monitorship estate. (ECF No. 11, 11-2); *Federal Trade Commission v. AMG Services, Inc., et al.*, case no. 2:12-cv-00536-GMN-VCF, ECF No. 1240. On May 16, 2019, the parties filed a status report indicating that Whamtech will complete all payments under the settlement agreement by December 15, 2019. (ECF No. 13). The parties also requested that the court administratively close this case. *Id*.

On May 23, 2019, the court administratively closed this case and directed the parties to timely file a stipulation to dismiss this action with prejudice upon completion of Whamtech's performance under the settlement agreement. (ECF No. 14). The December 15, 2019 deadline for Whamtech to complete performance has now passed and the parties have not filed their stipulation.

The court orders the parties to file a status report within seven (7) days of the date of this order explaining why their stipulation to dismiss with prejudice has not been filed.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED January 2, 2020.

_____
UNITED STATES DISTRICT JUDGE