UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS W. MCNAMARA, | Case No. 2:18-CV-1336 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| WHAMTECH, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *McNamara v. Whamtech, Inc.*, case number 2:18-cv-01336-JCM-CWH.  On January 20, 2020, plaintiff Thomas W. McNamara filed a confession of judgment, which was executed by defendant Whamtech, Inc. ("WhamTech") pursuant to the terms of the parties' settlement agreement, authorizing the clerk to enter a $3,000,000 judgment in McNamara's favor.  (ECF No. 17).

On February 18, the court instructed McNamara to file an affidavit setting forth the unpaid portion of that amount, as required by the confession of judgment.  (ECF No. 18).  The next day, McNamara's counsel, Abran Vigil, declared that the unpaid balance was $2,000,000.  (ECF No. 19).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

The clerk is instructed to enter judgment against WhamTech and in favor of McNamara in the amount of $2,000,000. Interest shall accrue on the judgment from its date of entry until paid in full, pursuant to 28 U.S.C. § 1961.[1]

DATED July 24, 2020.

                                                                           _____
UNITED STATES DISTRICT JUDGE

---

[1] Federal law controls the award of post-judgment interest, even in a diversity case. *See Northrop Corp. v. Triad Int'l Mktg., S.A.*, 842 F.2d 1154, 1155 (9th Cir. 1988).

**James C. Mahan**
**U.S. District Judge**