UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS W. MCNAMARA, | Case No. 2:18-CV-1336 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| WHAMTECH, INC., | |
| Defendant(s). | |

Presently before the court is Edward Chang's motion to withdraw as counsel. (ECF No. 24). Chang avers that he is departing private practice and has accepted a position as an Assistant United States Attorney. (*Id.* at 2). Good cause appearing, Chang's motion to withdraw is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Chang's motion to withdraw as counsel (ECF No. 24) be, and the same hereby is, GRANTED.

DATED October 21, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**